UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-5145-GW-JPRx | Date | December 8, 2022 |
| Title | *MSIG Mingtai Insurance Company, Ltd. v. Brighten Freight, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                                None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received Plaintiff's Response to Order to Show Cause [13] filed on December 8, 2022. The Court hereby vacates the order to show cause issued on November 29, 2022 [12], with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for February 9, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on February 6, 2023.

:

Initials of Preparer    JG